IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JESUS RODRIGUEZ | : | No. 10-cr-270-01 |

# O R D E R

**AND NOW**, this 18th day of November, 2015, upon consideration of the defendant's *pro se* motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and 782 Amendment to the Sentencing Guidelines (Doc. No. 42) and the Government's response thereto, **IT IS HEREBY ORDERED** that this motion is **DENIED** for the reasons set forth in the Government's response.[1]

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] The defendant is not eligible for a reduction in sentence under Amendment 782 because his guideline range was set by the career offender guideline and not by Section 2D1.1; the career offender provision was not affected by the amendment to Section 2D1.1.